No. 82–1083. SOUTH DAKOTA v. LOHNES. Sup. Ct. S. D. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–715. BRAINERD v. BURGER, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 82–740. MOODY v. ALABAMA EX REL. FORRESSTER, COMMISSIONER OF INSURANCE OF ALABAMA, ET AL. Sup. Ct. Ala. Motions of Conservative Caucus, Inc., Washington Legal Foundation, Texas Institute of Government, and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 82–957. DOUBLEDAY SPORTS, INC. v. EASTERN MICROWAVE, INC. C. A. 2d Cir. Motions of CBS, Inc., and Motion Picture Association of America, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 82–982. TRIBUNE PUBLISHING CO., DBA COLUMBIA DAILY TRIBUNE, ET AL. v. HYDE ET AL. Ct. App. Mo., Western Dist. Motion of respondent Sandra K. Hyde for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–994. ROBERT WELCH, INC. v. GERTZ. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.